# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

(revised 6/12/2024)

## IN THE UNITED STATES DISTRICT COURT

FOR THE _Southern_ DISTRICT OF _Indiana_

### Demand for Jury Trial    ☒Yes ☐No

(Full name of plaintiff(s))

Jamey J. Noel

PO Box E

New Castle, IN 47362

v.

(Full name of defendant(s))

Scott A. Mapler Jr.

Mark A. Grube Jr.

Jeffrey Hearon
Rusty Johar

Jerry D. Goodin

Case Number:

4:26-cv-100-SEB-KMB

(to be supplied by clerk of court)

## A.   PARTIES

1.   Plaintiff is a citizen of _Indiana_ , and is located at
(State)

PO Box E New Castle, IN 47362
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Complaint - 1

161

B.    Defendant _____ Scott A. Mapes Jr. _____

(Name)

is (if a person or private corporation) a citizen of _____ Indiana _____

(State, if known)

and (if a person) resides at _____ 501 E. Court Ave. #159 Jeffersonville, IN 47130 _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____ CLARK COUNTY SHERIFF 501 E Court Ave. Jeffersonville, IN 47130 _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

C.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Clark County Sheriff Scott A. Mapes Jr. and Assistant Chief Mark A. Grube Sr. contacted Indiana State Police Superintendant Douglass G. Carter to intiate an investigation into Plaintiff Jamey Noel. Plaintiff Noel was the Clark County Sheriff From 2015 -2022 and a retired First Sergeant from the Indiana State Police. Defendant Mapes had personal Knowledge of Carter's deep hatred for the Plaintiff. Carter assigned Defendant Hearon to lead the investigation. Scott Co. Sheriff Goodin retired from the Indiana State Police. Around August 2023, Hearon seized my black Mercedes Benz S-Class car from my home garage.

Complaint - 2

My home was located at 3001 old Tay Bridge in Jeffersonville, IN. The car was taken without a warrant and violated my Fourth Amendment Rights. Several weeks later, Hearon was directed by Clark Co. Circuit Court Special Judge Larry Medlock, at the request of special Prosecutor Hertle, to return my car. Hearon directed my car be towed from the Indiana State Police Post in Sellersburg, IN to my home. Attorneys Larry O. Wilder and Zachary F. Stewart were at my home when unknown member of the Indiana State Police directed the tow truck driver leave my car on the street several houses away. They refused to give Wilder and Stewart the car Keys. The unknown member of ISP. took the car Keys to New Chapel EMS and told them to give the Keys to Noel. No paperwork or chain of custody or tow in form where provided. The car was returned damaged and taken to Louisville Mercedes Benz for repairs. A cut right front brake line, ~~left~~ front loose lug nuts and **right** rear loose lug nuts were repaired. A couple weeks later Defendant Hearon took the same car. Hearon conspired with the other Defendants to violate the plaintiffs rights.     — Continued on page 6 —

Complaint - 3

D.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                    OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

E.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

A. Enter judgement in favor of the Plaintiff and against all Defendants.

B. Award the Plaintiff compensatory damages in an amount to be determined at trial, including but not limited to: any legal costs incurred. Emotional distress and mental anguish. Damages as appropriate and nine hundred thirty thousand dollars ($930,000)

C. Award Plaintiff punitive damages in an amount sufficient to punish the Defendants and deter similiar conduct.

D. Award the Plaintiff his reasonable attorney fees, if needed and cost pursuant to applicable law.

E. Award the Plaintiff pre and post judgement interest allowed by law.

F. Grant other and further relief as this court deems just and proper.

Dated this __Z__ day of __April__ 20__26__.

Respectfully Submitted,

_____
Signature of Plaintiff

___301710___
Plaintiff's Prisoner ID Number

__PO Box E__

__New Castle, IN 47362__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.     **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐   I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒   I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5

C. STATEMENT of CLAIM:

On November 8, 2023 the Plaintiff was a resident of Clark County and was booked into the Clark County Jail on an arrest warrant Defendant Hearon requested. The Plaintiff identified his faith as Catholic during the book in procedure. Defendant Grube was aware of my catholic faith. Defendant Mapler was previously a close personal friend for sixteen years and had previously attending Catholic mass with the Plaintiff at Saint Augustine Catholic Church in Jeffersonville and a pall bearer at the Plaintiff's brothers funeral mass at Sacred Heart Catholic Church in Jeffersonville.

Mapler became upset because he could not come in full communion with the Catholic Church because his ex-wife and his current wife Morgan Mapler' ex-husband both would not agree to nullify their former marriages. Around the same time, Mapler became upset with the Plaintiff because the Plaintiff attempted to advice Mapler not to go after and violate peoples rights. Mapler was also upset at the Plaintiff because the Plaintiff was attempting to help Mapler with personal issue.

Clark Co. Circuit Court Special Judge Larry W. Medlock ordered the Sheriffs office transport the Plaintiff from the Clark Co. Jail to the Scott Co. Jail at the request of Mapler and Grube. After the Plaintiff was booked into the jail, Defendant Hearon stated he would transport Noel to Scott County. Corrections staff told Hearon the court order stated the Sheriffs office shall transport Noel. Hearon grabbed Noel, handcuffed him, and took Noel from the Clark Co. Jail to the Scott Co. Jail.

During the transport, Hearon's cellular phone rang numerous times with the name "Rusty Johns" appearing on his Dodge Charger Uconnect car AM/FM radio display. Hearon repeatedly attempted to question the Plaintiff after the Plaintiff exercised his 5th Amendment right to remain silent on the advice of an attorney.

—-6—-

On November 9, 2023 the Plaintiff was transported back to the Clark Cor Jail For his intial arraignment. While the Plaintiff was in a Clark County jail holding cell, Mapler directed a screen shuto photo from the secure jail camera monitor af me praying prior to court and leaked the photo on Facebook social media. On the same day the Plaintiff was released after court from the Clark County jail.

Mapler and Grube oversee the Clark Co. Jail and did this to ridicule me and mock me for practicing my Catholic faith. Mapler and Grube violated my First Amendment Rights.

On or about April 9, 2024 the Plaintiff was arrested again in the Hearon care. The Plaintiff was transported, at Mapler request, from the Clark County Jail to the Scott County Jail. At all times during the Plaintiff's pre-trial detetion Mapler and Grube where responsible for the Plaintiffs safety and security as an inmate af the Clark County Jail. The Plaintiff again identified his faith as Catholic to the Clark and Scott County Jails. The Plaintiff was housed in Scott County Jail Temporary Holding Cell #3 from April 9 2024 until October 14, 2024 as a pre-trial detainee. This holding cell was approximately six foot by nine foot, no windows, and a small interior window door covered by a hidged metal plate cover. The holding cell war designed for inmates to be temporarily housed for approximately 24 hour. The holding cell had no shower.

During this approximately seven months the Plaintiff war housed in this cell, in non-disciplinary solitary confinement for twenty four hour a day. The Plaintiff war only allowed out af his cell to be escorted fer a Shower on Tuesday, Thursday and Sundays.

Scott County Sheriff Jerry Goodin was aware of the Plaintiff's Catholic Faith as the Plaintiff worked with Goodin on the Indiana State Police together for twenty two years.

The Plaintiff was under unconstitutional conditions of confinement. These conditions included solitary confinement for twenty four hours a day, extremely cold cell, being denied the ability to practice my Catholic Faith because the Sheriff turned away the Scottsburg Catholic Priest when he attempted to bring the Plaintiff communion and hear the Plaintiff's confession as part of his Catholic Faith.

The Sheriff showed a deliberate indifference toward the Plaintiff as other non-catholic pastors and ministers where allowed to enter the secure areas of the Scott County Jail and conduct idividual/group meetings/services with non-catholic inmates.

Scott County Corrections Officer Rusty Johns refused numerous times to serve the Plaintiff food through the cuff port. Johns would either not serve the Plaintiff food at all or would sit the food tray aside for another Corrections Officer to serve the Plaintiff after the entire rest of the Jail population had been served food.

The reason Johns did this was when Rusty Johns a corrections officer at Clark County during the Plaintiff's tenure as Clark County Sheriff before Johns left for the Scott County Corrections position Johns was upset because he felt he was entitled to extra leave time he did not earn. Johns was aware of my Catholic Faith.

The plaintiff filed a grievance against Johns and faith issue at the Scott County Jail and met with Sheriff Goodin and Scott County Jail Commander Doug Hearld. Goodin and Herald assured the Plaintiff these issues would be corrected.

— 8 —

During the Plaintiff's pretrial incarceration in solitary confindment the Plaintiff had a close family member and three close friends pass away. After the Plaintiff was told he could not attend the funeal, Sheriff Goodin and Sheriff Mapler denied the Plaintiff's request for a in person visit with his close family members.

After the meeting with Shoriff Goodin, the plaintiff was retaliated against. On Friday evening May 24, 2024 Detective Hearon was allowed acess to the Plaintiff at the Scott County Jall. Hearon stated he was there to serve the Plaintiff with civil process paperwork in a civil case. The Sheriffs office normally severs civil paperwork not the Indiana State Police. Hearon again attempted to question the Plaintiff without the Plaintiff's attorney present in violation of the Plaintiff's Fifth amendent Rights. The Plaintiff exercised his Fifth Amendment Rights even though Hearon did not read the Plaintiff his Miranda Warning. Hearon was upset that the Plaintiff remained silent.

The, three times a week the Plaintiff was given; shower closest to Holding Cell #3 that had hot and cold water controls was moved to another shower furthest away from the orginal shower location. The new shower location had a ~~single~~ single on/off botton with no temperature controls. The water was scalding hot and the Plaintiff was only able to tolerate the scalding hot water long enough to wash small parts of his body before the temperature could no longer be tolerated. This shower location continued for months until the Plaintiffs deparature from the Scott County Jail. After every shower attempt the Plaintiff's skin would be blood red.

Other inmates where able to take daily showers in the area of their cell and were able to control their water temperature.

— 9 —

The Plaintiff's cell air conditioning was set to a very cold temperature and the Plaintiff was subjected to cruel and unusual punishment. The Plaintiff had no prior criminal history, was a non-violent offender with no disciplinary issues during his entire pre-trial detention. During the first sixty days of incarceration the Plaintiff lost approximatley thirty pounds.

The Catholic priest from Jeffersonville was denied visiting me and wanted to give the Plaintiff communion when the Plaintiff was temporarley moved to the Clark County Jail for a court hearing by Sheriff Maples.

Non-catholic clergy and Chaplains were allowed full acess to visit inmates at the Scott and Clark County Jails. Scott County Chaplain Tim Williams was allowed to visit the Plaintiff and other inmates, conduct non-catholic church services, and bring non-catholic bibles, literature, and other items.

Defendant Maples was responsible for the Plaintiff's care and custody while the Plaintiff was housed at the Clark and Scott County Jails.

Defendants Maples, Grube, Johns and Goodin violated the Plaintiff's First Amendment right to freedom of religion and the Religious Land use and Institutionalized Persons Act (RLUIPA), the equal protection clause of the Fourteenth Amendment and violated the Plaintiff's eight Amendment Rights by subjecting the Plaintiff to cruel and unusal punishment.

Defendant Hearon violated the Plaintiff's Fourth, Fifth and Fourteenth Amendment rights. All defendants were acting under the color of law. This action is brought pursuant to 42 U.S.C. 1983 and the First, Fourth, Fifth, eight, and Furthteenth amendments. Plaintiff suffered pain and mental anguish.

-10-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Jamey Noel, Plaintiff                    Case Number:

     v.

Defendants:


- Scott A. Maples Jr., Sheriff of Clark County
  Individually and in his official capacity
  501 E. Court Ave #159
  Jeffersonville, IN 47130


- Mark A. Grube Jr., Assistant Chief
  Individually and in his official capacity
  501 E. Court Ave. #159
  Jeffersonville, IN 47130


- Jeffrey Hearon Detective
  Individually and in his official capacity
  Indiana State Police
  100 N. Senate Ave
  I.G.C.N. # N 340
  Indianapolis, IN 46204


- Rusty Johns Corrections Officer
  Individually and in his official capacity
  Scott County Jail
  111 South First Street
  Scottsburg, IN 47170


- Jerry D. Goodin, Sheriff of Scott County
  In his official capacity only
  111 South First Street
  Scottsburg, IN 47170

                  - Complaint -11-



NAME: Noel, Larry
DOC: 301710    BED: M4-
NCCF LAW LIBRARY
P.O. BOX A
NEW CASTLE, IN 47362

CERTIFIED MAIL

APOLIS IN 460

2026 PM 5 L

9589 0710 5270 3652 8221 64

USDC-SD INDIANAPOLIS DIV.
105 BAYH FEDERAL BLDG.
46 E. OHIO STREET
INDIANAPOLIS, IN 46204

FILED

APR 17 2026

RECEIVED  U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

APR 02 2026

NCCF LAW LIBRARY
LEGAL MAIL

46204-191930

quadient
FIRST-CLASS MAIL
IMI
$010.73
04/14/2026 ZIP 47362
043M31261167

US POSTAGE