*Jaroy Noel, Plaintiff*
*v.*
*Scott Mapler Jr., Defendant*

4:26-cv-00100-SEB-KMB

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this **2** day of _____ **April** _____, **2026**, the foregoing was filed with the Clerk of the United States District Court for the _____ **Southern** _____ District of Indiana.

I also certify that on this this **2** day of _____ **April** _____, **2026**, the foregoing was served by personally handing the same to the appropriate staff at the New Castle Correctional Facility to be placed in the facility's prison legal mail system and deposit in the United States mail, First-Class postage prepaid, upon:

United States District Court for
the Southern District of Indiana
name Indianapolis Division
46 E. Ohio St.
address
Indianapolis   IN 46204
city                  state     zip

name

address

city                  state     zip

name

address

city                  state     zip

name

address

city                  state     zip

name

address

city                  state     zip

name

address

city                  state     zip

_**April 2, 2026**_
Date

[Signature]
Signature of Petitioner/Plaintiff

_**Jaroy Noel**_
Printed Name of Petitioner/Plaintiff

DOC: **301710** ; LOC: **M4-213**
New Castle Correctional Facility
Post Office Box A
New Castle, IN 47362-1041

Name: Jamey Noel

DOC#: 301710   Housing Unit: MY-213

**THE GEO GROUP INC.**
**NEW CASTLE CORRECTIONAL FACILITY**
**P.O. BOX A**
**NEW CASTLE, IN 47362**

This correspondence has been mailed by an incarcerated
individual at the above correctional institution.
"**WARNING**" Not responsible for contents. Any enclosed
Postal Money orders should be referred to your local
postmaster before cashing.

INDIANAPOLIS IN 460

21 APR 2026 PM 5 L



quadient

FIRST-CLASS MAIL
IMI
$000.74⁰
04/20/2026 ZIP 47362
043M31261167

US POSTAGE

**FILED**

APR 23 2026

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

United States District Court
For Southern District of Indiana
— Indianapolis Division
46 East Ohio St.
Indianapolis, IN 46204

46204-190399